# Exhibit A

Filed under seal per Defendant Givaudan SA's application of October 21, 2019 (Doc. No. 11) and Court's Order of October 23, 2019 (Doc. No. 14)

24409598.v1