

**Dechert**
LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**KATHERINE A. HELM**

khelm@dechert.com
+1 212 698 3559 Direct
+1 212 698 3599 Fax

December 13, 2019

**BY ECF**

The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Phyto Tech Corp. d/b/a Blue California v. Givaudan SA*, 1:19-cv-09033-JGK
Request to File Blue Cal's Reply to Givaudan's Opposition to Phyto Tech Corp.'s Motion to Dismiss Givaudan's Counterclaim Under Partial Seal as a Redacted Document

Dear Judge Koeltl:

We represent Phyto Tech Corp. d/b/a Blue California ("Blue Cal") in the above-referenced action. The parties have previously stipulated to the confidentiality of certain portions of the BGN LLC Agreement. *See* D.I. 1, Exhibit A. Blue Cal's Reply in Support of Phyto Tech Corp.'s Motion to Dismiss Givaudan's Counterclaim will implicate sections of the BGN Agreement, and accordingly we respectfully request leave to file Blue Cal's Reply in Support of Phyto Tech Corp.'s Motion to Dismiss Givaudan's Counterclaim under partial seal as a redacted document.

We thank Your Honor for your consideration.

Respectfully submitted,

*/s/ Katherine A. Helm*

Katherine A. Helm

KH

cc: All Counsel of Record (by ECF)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

12/17/19

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-17-19