USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-29-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PHYTO TECH CORP.,

                Plaintiff,        19cv9033 (JGK)

    - against -                 ORDER

GIVAUDAN SA,

                Defendant.

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the hearing on January 28, 2020, the plaintiff's motion to dismiss the defendant's counterclaim is **denied**. The Clerk is directed to close Docket Nos. 24 and 27.

SO ORDERED.

Dated:    New York, New York
            January 28, 2020

                                        John G. Koeltl
                                United States District Judge