

Ryan G. Pitman | Partner
Direct 716.844.3454 | rpitman@goldbergsegalla.com

November 24, 2020

**BY ECF**

Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Phyto Tech Corp. v. Givaudan SA*, No. 1:19-cv-09033

Dear Judge Koeltl:

    We represent Givaudan SA ("Givaudan") in the above matter. By this letter, Givaudan moves for permission to file under seal certain information submitted with its response to the letter filed by BASF SE (Doc. No. 65). The content Givaudan seeks to seal is limited to information identifying the particular subject matter of the confidential agreement between Conagen Inc. and BASF SE that is at issue in this action.

Respectfully submitted,

*/s Ryan G. Pitman*

Ryan G. Pitman

CC:    All counsel of record via ECF

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-27-20

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
11/24/20