UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHYTO TECH CORP. D/B/A BLUE
CALIFORNIA,

              Plaintiff,

- against -

GIVAUDAN SA,

              Defendant.

19-cv-9033 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The liquidating trustee should provide the Court with an update on the status of this case by April 4, 2022.

**SO ORDERED.**

Dated:    New York, New York
            March 18, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                    **United States District Judge**