UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

PHYTO TECH CORP. D/B/A BLUE
CALIFORNIA,                                    19-cv-9033 (JGK)

          Plaintiff,                   ORDER

  - against -

GIVAUDAN SA,

          Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties should submit any objections to the Liquidating Trustee's Final Report and Motion for Approval of the Trustee's Wind Up and Dissolution of BGN Tech LLC, by August 22, 2022. Responses are due by August 31, 2022. Replies are due by September 9, 2022.

SO ORDERED.

Dated:    New York, New York
          August 8, 2022

                                            John G. Koeltl
                                      United States District Judge