

Ryan G. Pitman | Partner
Direct 716.844.3454 | rpitman@goldbergsegalla.com

September 9, 2022

BY ECF

Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:  *Phyto Tech Corp. v. Givaudan SA*
           No. 1:19-cv-09033

Dear Judge Koeltl:

    We represent Givaudan SA ("Givaudan") in the above matter. By this letter, Givaudan respectfully requests leave to file a copies of two versions of the license agreement between non-parties Conagen Inc. and BASF SE (the "BASF Agreement"), which have been designated confidential under the protective order in this matter, under seal. Givaudan further requests leave to file Givaudan's Reply in Support of Its Objections to the Liquidating Trustee's Final Report and Motion for Approval of the Trustee's Proposed Wind-Up and Dissolution of BGN Tech, LLC under partial seal and to redact certain portions of that document. The content Givaudan seeks to seal in that document is limited to descriptions of and references to the aforementioned BASF Agreement.

    Givaudan will of course be happy to provide any further information should the Court require it. Thank you for your attention to this matter.

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
9/9/22

Respectfully submitted,

*/s Ryan G. Pitman*

Ryan G. Pitman

Office Location: 665 Main Street, Buffalo, NY 14203-1425 | 716-566-5400 | Fax: 716-566-5401 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA | UNITED KINGDOM
34096138.v1