UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHYTO TECH CORP. d/b/a BLUE CALIFORNIA,

        Plaintiff,

- against -

GIVAUDAN SA,

        Defendants.

19-CV-9033 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The movant is directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed Motion for Approval of the Trustee's Proposed Wind Up and Dissolution of BGN Tech, LLC (ECF No. 85).

SO ORDERED.

Dated:    New York, New York
           September 30, 2022

                                            John G. Koeltl
                                      United States District Judge