UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHYTO TECH CORP. d/b/a BLUE CALIFORNIA,

          Plaintiff,

- against -

GIVAUDAN SA,

          Defendant.

19-cv-9033 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file under seal unredacted courtesy copies of any redacted submission filed in connection with the fully briefed Motion for Approval of the Trustee's Proposed Wind Up and Dissolution of BGN Tech, LLC (ECF No. 85).

SO ORDERED.

Dated:    New York, New York
          October 10, 2022

                                              John G. Koeltl
                                    United States District Judge