UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHYTO TECH CORP.
d/b/a BLUE CALIFORNIA,

       Plaintiff,

v.

GIVAUDAN SA,

       Defendant.

Civil Action No. 19-cv-09033-JGK

---

## GIVAUDAN SA'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Givaudan SA hereby appeals to the United States Court of Appeals for the Second Circuit from:

- the Court's Order Approving Liquidating Trustee's Final Report and Granting Motion For Approval of the Trustee's Proposed Wind Up and Dissolution of BGN Tech, LLC, (dkt. 100), and any orders and rulings supporting the foregoing; and

- the Court's Memorandum Opinion and Order dated November 21, 2022, and filed under seal (dkt 101).

DATED: December 21, 2022

                              GOLDBERG SEGALLA LLP

                              */s/ Ryan Pitman*
                              Christopher J. Belter
                              Ryan G. Pitman
                              *Attorneys for Defendant*
                              *Givaudan SA*
                              711 3rd Avenue, Suite 1900
                              New York, New York 10017-4013
                              Phone:      646.292.8700
                              Fax:         646.292.8701
                              cbetler@goldbergsegalla.com
                              rpitman@goldbersegalla.com

US 9528478v.1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on this day, December 21, 2022, via the Court's ECF system.

/s/ *Ryan Pitman*
Ryan G. Pitman