UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHYTO TECH CORP. d/b/a BLUE CALIFORNIA,

        Plaintiff,

- against -

GIVAUDAN SA,

        Defendants.

19-CV-9033 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties should respond to the Liquidating Trustee's Motion for a Limited Stay (ECF No. 104) by **January 6, 2023**. Any reply should be filed by **January 9, 2023**.

SO ORDERED.

Dated:    New York, New York
            January 4, 2023

                                       John G. Koeltl
                                   United States District Judge