UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHYTO TECH CORP.
d/b/a BLUE CALIFORNIA,

       Plaintiff,

v.

GIVAUDAN SA,

       Defendant.

Civil Action No. 19-cv-09033-JGK

---

# GIVAUDAN SA'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Givaudan SA hereby appeals to the United States Court of Appeals for the Second Circuit from each and every part of:

- The Court's Order, dated January 11, 2023 (Docket No. 107), Granting Liquidating Trustee's Motion for Limited Stay of Order Approving Liquidating Trustee's Final Report and Granting Motion for Approval of the Trustee's Proposed Wind Up and Dissolution of BGN Tech, LLC.

DATED: February 8, 2023

                                          GOLDBERG SEGALLA LLP

                                          */s/ Jonathan M. Bernstein*
                                          Jonathan M. Bernstein
                                          Christopher J. Belter
                                          *Attorneys for Defendant*
                                          *Givaudan SA*
                                          711 3rd Avenue, Suite 1900
                                          New York, New York 10017-4013
                                          Phone:      646.292.8700
                                          Fax:         646.292.8701
                                          jbernstein@goldbergsegalla.com
                                          cbetler@goldbergsegalla.com

US 9528478v.1

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument has been served on this day, February 8, 2023, via the Court's ECF system.

                                            /s/ *Jonathan M. Bernstein*
                                            Jonathan M. Bernstein

US 9528478v.1