UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHYTO TECH CORP. d/b/a BLUE CALIFORNIA,

        Plaintiff,

- against -

GIVAUDAN SA,

        Defendants.

---

19-CV-9033 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The defendant Givaudan SA and the Trustee may respond to the plaintiff's motion to enforce the order of dissolution of BGN Tech LLC (ECF No. 110) by **March 8, 2023**. The plaintiff may reply by **March 13, 2023**.

SO ORDERED.

Dated:    New York, New York
             February 24, 2023

                                            John G. Koeltl
                                        **United States District Judge**