UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
PHYTO TECH CORP. d/b/a BLUE CALIFORNIA,          :
                                                  :
                Plaintiff,                        :   19-cv-09033-JGK
                                                  :
        v.                                        :
                                                  :
GIVAUDAN SA,                                      :
                                                  :
                Defendant.                        :
                                                  :
                                                  :
                                                  :
------------------------------------------------ X

## [PROPOSED] ORDER

AND NOW, this __16__ day of __March__, 2023, upon consideration of Phyto Tech Corp. d/b/a Blue California's Motion to Enforce Order on Dissolution of BGN Tech LLC, it is hereby ORDERED that the Motion is GRANTED. Mr. Andrew De Camara, liquidating trustee of BGN Tech LLC (the "Trustee"), is hereby ORDERED, within ten (10) days, to distribute any and all funds held by BGN Tech LLC to its members consistent with the Trustee's Final Report and Motion, as previously approved by the Court, and subject to a holdback for future costs of no more than $1,000,000. *See* Dkt. No. 100.

SO ORDERED:

_/s/ John G. Koeltl_

Hon. John G. Koeltl, District Judge

Dated: __3/16/23__