```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

PHYTO TECH CORP.,

            Plaintiff,

  - against -

GIVAUDAN SA, ET AL.,

            Defendants.

19-cv-9033 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed Motion to Compel Order on Dissolution of BGN Tech LLC and Distribute Funds of BGN TECH LLC. ECF No. 122.

SO ORDERED.

Dated:    New York, New York  
           January 18, 2024

                                        John G. Koeltl  
                                United States District Judge