```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
PHTYO TECH CORP. d/b/a BLUE
CALIFORNIA,

                 Plaintiff,

   - against -

GIVAUDAN SA,

                 Defendant.

19-cv-9033 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on **February 8, 2024, at 2:30 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:   New York, New York
          January 25, 2024

                                            John G. Koeltl
                                United States District Judge